**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------x**
**ASHTON R. NEDRICK,**

                **Petitioner,**                              **05 CV 0758 (NG)**

  **- against -**

                                                              **ORDER**

**GARY GREENE, Superintendent of Great**
**Meadow Correctional Facility,**

                **Respondent.**
**-----------------------------------------------------------x**

**GERSHON, United States District Judge:**

     Petitioner, proceeding *pro se*, moves pursuant to Rule 60(b) of the Federal Rules of Civil Procedure to vacate this court's order of March 7, 2005, which transferred this case to the United States Court of Appeals for the Second Circuit. For the reasons set forth in the government's responsive letter, dated August 25, 2005, the motion is denied.


                                                    **SO ORDERED.**


                                                 */s/ Nina Gershon*
                                                 **NINA GERSHON**
                                                 **United States District Judge**


**Dated: September 21, 2005**
        **Brooklyn, New York**